IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT PETER,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL INC., and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>            Defendants. | **4:21CV3059**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Daniel J. Gutman, as counsel of record for Defendant, Experian Information Solutions Inc. (Filing No. 42), is granted. Daniel J. Gutman shall no longer receive electronic notice in this case.

Dated this 2nd day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge